59 A.3d 598

IN THE MATTER OF DONALD H. LARSEN, AN ATTORNEY
AT LAW (ATTORNEY NO. 033081982).

February 8, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–203, concluding that **DONALD H. LARSEN** of **MONTVILLE,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 1.5(b)(failure to memorialize the rate or basis of the fee) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **DONALD H. LARSEN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.